RED RIVER IRON COMPANY *v*. J. T. HENDERSON.

**Bills and Notes—Set-off by Acceptor.**

The acceptor of a bill of exchange can not set off against it in the hands of an indorsee claims against the payee which were subsisting at the time of acceptance.

APPEAL FROM ESTILL CIRCUIT COURT.

December 30, 1872.

OPINION BY JUDGE LINDSAY:

The two papers sued on are bills of exchange.

It is so well settled that the acceptor of a bill of exchange can not set off against it, in the hands of an endorsee, claims against the payee subsisting at the time of acceptance, that we deem it unnecessary to cite authorities to sustain that position. Any other rule would destroy the value of mercantile paper.

Judgment *affirmed*.

*Lilly, for appellants.*

*Riddell & Fluty, for appellee.*